1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SMITH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA RESOURCES CORP.,<br><br>　　　　　Defendant. | Case No. LA CV17-07195 JAK (JEMx)<br><br>**ORDER RE STIPULATION TO DISMISS CASE** |

The Court, having reviewed the parties' Stipulation of Dismissal, hereby GRANTS the Stipulation. This action is dismissed without prejudice, with each party to bear its own costs.

IT IS SO ORDERED.

Dated: December 5, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE